

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2014

No. 04-14-00427-CV

**IN THE INTEREST OF J.M.O.**, A Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on October 15, 2014. Because this is an accelerated appeal from the trial court's termination of appellant's parental rights, no further extensions of time will be considered.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court